IN THE UNITED STATES DISTRICT COURT
IN AND FOR MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GERNARD CHESTNUT
  Plaintiff

v.

LT. KNIGHT
SGT. GILLESPIE
SGT. MERRIT
SGT. SCOTT
NURSE BURGINS
  Defendants

CASE NO. 3:18-cv-631-J-39 PDB

LEGAL MAIL
Provided to Florida State Prison on 5/9/18 for mailing by _____

FILED 2018 MAY 11 PM 1:57 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DISTRICT

## IMMINENT DANGER COMPLAINT FOR PROTECTION AND INJUNCTIVE ORDER TO RESTRAIN DEFENDANTS OR TRANSFER PLAINTIFF

Comes Now Plaintiff Gernard Chestnut pro se presents to this Court that his Life is in Imminent Danger. He has since been STABBED by an inmate who was paid by officers who he's since reported to attempt to kill him. Officers reported have also been continuously making attacks upon him. Plaintiff request Restraining ORDER or ORDER to transfer him to another Institution placing him under PROTECTION as the Colonel or Warden may be Authorizing these Attacks.

1

**Ⓐ**
On 5/4/18 Sgt. Scott approached cell # C1114 where I'm assigned in C-dormitory and stated "Do you know Sgt. Merrit?" I replied "Yes." He then stated "Didn't he tell you we were gonna get your ass" and walked away. Later on this same day around 4:00pm - 6:00pm Sgt. Scott and Sgt. Gillespie returned to C-dormitory and stood on the end of the 2nd floor looking down at my cell (located on the 1st floor) calling me "pussy and coward" to taunt me. They then joined Lt. Knight who was addressing an inmate in cell # C1124 or 1125 on the 1st floor. I then noticed Lt. Knight look in my cell direction smiling.

**Ⓑ**
Lt. Knight, Sgt. Scott and Sgt. Gillespie then approached my cell without justification and ordered me to "submit to handrestraints to be placed on ~~strict~~ Property Restriction."

**Ⓒ**
I was then placed in the shower cell while Lt. Knight, Sgt. Scott, and Sgt. Gillespie, removed a mattress, sheets, and blankets from my cell (# C1114) at wich time these officers scooped feces/bowel movements from the toilet with styrofoam cups and poured it all over my personal property destroying it. (Personal mail, Legal mail/documents, pictures, religious books/items).

**Ⓓ**
Several inmates informed me of what these officers had done upon me returning to the cell in wich I discovered they'd poured feces and urine all over my personal property wich was inside the storage locker affixed to the floor towards the front door of the cell. These Officers had also used a tube of white state toothpaste to write the words "Fuck Nigger" above the toilet stool. I was then "Gassed"

2

(sprayed with chemical agents) as I was in handcuffs reporting what these officers had done on Video Camera. I continued reporting this as I was removed from cell for decontamination shower.

(E) During medical post-use of force assessment Lt. Knight, Sgt. Scott, and Sgt. Gillespie made threats of "Taking me to the ER and fucking me up, running the Extraction Team on me and fucking me up, and fuckin me up the first chance they could get, amongst racial slurs."

(F) Upon being placed back inside the cell Lt. Knight ordered Sgt. Merit to GAS ME AGAIN while I was in handcuffs. I again reported what these officers had done to destroy my personal property. I was given another decontamination shower upon wich another post-use of force assessment was conducted by medical staff at wich time Sgt. Gillespie stated " We're gonna get away with it! We always do! Call those NAACP Niggers up they aint gonna do shit!"

(G) Inmate witnesses informed me prior to being placed in the cell this 3rd time officers instructed the inmate worker to place the feces soiled property inside mop bucket and wrap it in towel to smuggle it from the cell without it being detected by the fixed wing video cameras. The rest of my feces and urine stained property was covered up inside the locker with other documents. After this had been done. Lt. Knight instructed the camera operator to record a view of the property inside my cell locker prior to placing me back in cell.

(H) Once the Camera was turned off he stated " Checkmate! We'll be back to get you again soon."

3

Prior to this unlawful malicious attack upon me and my personal property I notified the Court of the THREATS these officers had been making and attacks they'd been carrying out upon me unlawfully and my Complaint dismissed based on it being misconstrued into deliberate FALSIFICATION of the FACTS.

(11) Then on 4/30/18 these officers escorted me into the grouproom dayroom in C-dorm then stood in the doorway as an inmate repeatedly stabbed me, and waited until he was finished before intervening. This unknown inmate assailant informed me that he was "paid by officers with K-2 (synthetic marijuana) to try and kill me." His cell located (2) cells down from mine. Officers made no attempt to ever seperate us.

Prior to this incident I reported officers threatening me & making these attacks who are listed in this Complaint. This Court failed to take action flaunting my rights of protection from Cruel and unusual punishments.

(12) On 4/2/18 Sgt. Gillespie set me up to be "gassed" and "stripped" (sprayed with chemical agents and placed on property restriction) for no other reason then getting a sick thrill out of it.

(13) On 4/5, 4/4, 4/9 and 4/10/2018 Sgt. Attaberry deprived me of all food meals threatening to "starve me to death" on behalf of Sgt. Merritt and Sgt. Gillespie.

(14) On 4/9/18 I declined blood draw in which Nurse Burgins threatened to "hit me with dirty needle, have officers beat me" and mocked me of being "criminal assailant Jungo in my criminal case."

4

⑪ 4/10/18 Sgt. Merrit escorted me to C-Wing Cell # C1114 and threatened "Fuckboy Im gonna get you! It could be next week or it could be next year but Im gonna fuck you up or have one of my brothers do it!"

⑫ On 4/12/18 Sgt. Gillespie whispered through the crack of my cell door "We'll be back to fuck you up!"

⑬ When I was stabbed on 4/30/18 officers stated "Didn't we tell you we were gonna fuck you up!, we were hoping that nigger wouldve killed you!" Nurse Burgins refused to treat my wounds and stated "He was supposed to stabbed you in the throat! Your gonna get killed before you leave this building!"
Sgt. Gillespie stated "You see how easy it was to get you fuckboy. I dont have to use my brothers. Next time we'll have it done the right way!"

⑭ IF the FACTS OF THIS COMPLAINT are not MISCONSTRUED I would be successful in Court on the merits of it as Video Camera's, Medical records, and other physical recorded and documented evidence support my CLAIMS.

I also have witnesses. Even the inmate who stabbed me is willing to report that officer's (Sgt. Gillespie) and others cited in this complaint paid him but he fears retaliation/reprisal.

2) Plaintiff will suffer much more irreparable injury absent an injunction order

3) The injuries outweighs any damage an injunction may

5

cause opposing party.

4.) An injunction would not be adverse to the public interest.

Plaintiffs COMPLAINT meets the required Four Elements for Relief he is requesting.

Respectfully Submitted

/s/ _____
Gerrard Chestnut
DC# 130146
Florida State Prison
P.O. Box 800
Raiford, FL. 32083